# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14 CR 108

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ANTHONY LAMONT HILL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on a letter from Defendant (Doc. 29), which will be construed as a motion seeking copies of Defendant's judgment and sentencing transcript.

A transcript may be provided without charge to an indigent criminal defendant who wishes to bring an action pursuant to 28 U.S.C. § 2255 "if the trial judge . . . certifies that the suit . . . is not frivolous and that the transcript is needed to decide the issue presented by the suit." 28 U.S.C. § 753(f). To obtain a transcript under this provision, the defendant must make a showing of specific need. United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963).

In this case, Defendant was sentenced on August 6, 2015 and filed a § 2255 motion on June 22, 2016. In the instant motion, Defendant seeks a copy of his judgment and a sentencing transcript to pursue relief under "new laws that's being passed." (Doc. 29) at 1. These summary assertions, however, fail to demonstrate a specific need for his judgment and sentencing transcript.

Accordingly, Defendant's motion (Doc. 29) is **DENIED WITHOUT PREJUDICE.**

Signed: June 24, 2019

W. Carleton Metcalf
United States Magistrate Judge