# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CR-00108-GCM-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| ANTHONY LAMONT HILL, | |
| Defendant. | |

**THIS MATTER COMES** before this Court on the Court's own motion. Defendant Anthony Lamont Hill filed a Motion for Compassionate Release/Reduction of Sentence (Doc. No. 33) and Second Motion for Compassionate Release/Reduction of Sentence (Doc. No. 34). The Court instructs the Government to respond to those Motions within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 14, 2020

Graham C. Mullen
United States District Judge